UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERNESTO LOPEZ,

    Plaintiff,

                                   CASE NO.:

vs.

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON,

    Defendant.

_____/

## COMPLAINT

### STATEMENT OF THE CASE

1. This is an action for damages, equitable relief and attorney's fees and costs under the Employee Retirement Income Security Act of 1974, as amended (ERISA), 29 U.S.C. § 1001, *et seq.*, specifically 29 U.S.C. § 1132 (a)(1)(b).

### JURISDICTION AND VENUE

2. This Court has jurisdiction over Plaintiff's federal law claims pursuant to 28 U.S.C. 1331 and 29 U.S.C. § 1132 (e).

3. Venue is proper in this district, pursuant to 28 U.S.C. § 1391 (b), because this is the district where the defendant resides and does business.

### PARTIES AND GENERAL ALLEGATIONS

4. At all times relevant hereto Plaintiff, ERNESTO LOPEZ, was an "employee" of Liberty Mutual Group, Inc., his "employer", as those terms are defined in 29 U.S.C. §§ 1002(5) and (6).

5. At all times relevant hereto Plaintiff was a "participant" in and "beneficiary" of a long-term disability insurance plan (hereinafter "LTD PLAN"), as those terms are defined by 29 U.S.C. §§ 1002(7) and (8), and his insurance premium required for coverage under the LTD PLAN has been fully paid or otherwise satisfied.

6. The LTD PLAN is a component of an "employee welfare benefit plan" as defined by 29 U.S.C. § 1002(1) and may be sued under ERISA as an entity, pursuant to 29 U.S.C. § 1132(d)(1). Defendant is in possession of the LTD PLAN and is aware of the terms of the LTD PLAN.

7. At all times relevant hereto Plaintiff's employer, Liberty Mutual Group, Inc., was the "plan sponsor" and "administrator" as those terms are defined by 29 U.S.C. § 1002(16)(A) and (B).

8. At all times relevant hereto Defendant, LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, was the claim "administrator", of the LTD PLAN, and a "fiduciary" as those terms are defined by 29 U.S.C. §§ 1002, (16) and (21).

9. At all times relevant hereto the LTD PLAN provided for payment of long-term disability benefits in the event Plaintiff became "disabled", as defined in the LTD PLAN.

10. At all times relevant hereto Plaintiff was and is "disabled" as that term is defined in the LTD PLAN.

11. Plaintiff has filed or caused to be filed proofs of claim and performed all other conditions precedent to recovering benefits under the LTD PLAN for the loss or losses herein claimed and has exhausted his administrative remedies prior to filing this action.

12. Defendant, LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, made the final decision to deny benefits under the LTD PLAN.

## COUNT ONE
### Action to Recover Plan Benefits
### Pursuant to 29 U.S.C. § 1132(a)(1)(B)
### Against Defendant, LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

13. Plaintiff realleges and reavers paragraphs 1 through 12 of the Complaint, incorporating them by reference herein as if specifically restated.

14. Defendant, LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, has failed and refused to pay Plaintiff sums due pursuant to the terms of the LTD PLAN.

15. Plaintiff is entitled to recover attorney's fees and costs of litigation as authorized by 29 U.S.C. § 1132(g).

**WHEREFORE**, Plaintiff requests that this Honorable Court enter an order granting relief from Defendant, LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, for benefits due under the LTD PLAN, together with costs of litigation and attorney's fees.

## COUNT TWO
### Action to Clarify to Receive Plan Benefits
### Pursuant to 29 U.S.C. § 1132(a)(1)(B)
### Against Defendant, LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

16. Plaintiff reallages and reavers paragraphs 1 through 12 of the Complaint, incorporating them by reference herein as if specifically restated.

17. Plaintiff is entitled to benefits under the LTD PLAN.

18. Defendant, LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, has denied that Plaintiff is entitled to benefits under the LTD PLAN.

19. Plaintiff is entitled to clarification of his right to reinstatement under the LTD PLAN and his right to future benefits under the LTD PLAN.

20. Plaintiff is entitled to recover attorney's fees and costs as authorized by 29 U.S.C. § 1132(g).

**WHEREFORE**, Plaintiff requests that this Honorable Court enter an order declaring his right to reinstatement under the LTD PLAN and to future benefits under the LTD PLAN, pursuant to 29 U.S.C. § 1132(a)(1)(B), and award his attorney's fees and costs of litigation pursuant to 29 U.S.C. § 1132(g).

s/ Paul S. Kimsey
PAUL S. KIMSEY
Bar No.: 988472
Attorney for Plaintiff
KIMSEY LAW FIRM, P.A.
4012 Gunn Hwy
Suite 140
Tampa, FL 33618
Telephone: (813) 549-1001
Facsimile: (813) 265-1752
E-mail: Pkimsey@kimseylaw.com
